RECEIVED

FEB 27 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| ANTHONY PAUL DESHOTEL (#118476) | DOCKET NO. 14-CV-3329; SEC. P |
| VERSUS | JUDGE STAGG |
| CHARLES L. BULL, JR., ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A. Plaintiff may file a claim for monetary damages if and when the <u>Heck</u> conditions are satisfied.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 27th day of February, 2015.

TOM STAGG
UNITED STATES DISTRICT JUDGE